**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000848**
**30-JUN-2021**
**07:59 AM**
**Dkt. 117 OAWST**

NO. CAAP-19-0000848

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HERBERT JULIAN PARKS AND YVONNE PAE PARKS,
Plaintiffs-Appellants/Cross-Appellees,
v.
ASSOCIATION OF APARTMENT OWNERS OF MAKAHA SURFSIDE,
by and through its Board of Directors,
Defendant-Appellee/Cross-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 19-1-0100-01 (CASE NO. 1CC191000100))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed on June 23, 2021, and the records and files herein, it appears that: (1) the appeal and cross-appeal have been docketed; (2) the parties stipulate to dismiss the appeal and cross-appeal pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in this appeal and cross-appeal; (4) the parties agree to bear their own attorneys' fees and costs; (5) there are no remaining issues or parties to the appeal and cross-appeal; and (6) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal and cross-appeal are dismissed.

DATED:  Honolulu, Hawaiʻi, June 30, 2021.

/s/ Katherine G. Leonard
Presiding Judge


/s/ Keith K. Hiraoka
Associate Judge


/s/ Clyde J. Wadsworth
Associate Judge